**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **Case No. 22-CR-00109** |
| : | : | |
| | : | |
| **MICHAEL OTIS CURRIE,** | : | |
| | : | |
| | : | |
| **Defendant.** | : | |

**NOTICE OF APPEARANCE**

The United States of America, by and through its undersigned counsel, the Acting United

States Attorney for the District of Columbia, herby informs the Court that Assistant United

States Attorney Rachel Forman is entering her appearance in this matter on behalf of the United

States.

Respectfully submitted,

MATTHEW GRAVES
ACTING UNITED STATES ATTORNEY
D.C. Bar No.481052


                    */s/ Rachel Forman*
Rachel Forman
VA Bar No. 89169
Assistant United States Attorney
District of Columbia
601 D Street, NW,
Washington, D.C. 20530
Telephone No. (202) 252-7278
Rachel.Forman@usdoj.gov

## CERTIFICATE OF SERVICE

On this 22nd day of February 2023, a copy of the foregoing was served upon all parties

listed on the Electronic Case Filing (ECF) System.

*/s/ Rachel Forman*

Rachel Forman
Assistant United States Attorney
